## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| In Re:   TYRA M CARROLL | § § § § § § § | Case No.: 09-27979 |
| Debtor(s) | § |  |

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)    The case was filed on 07/31/2009.

2)    This case was confirmed on 02/22/2010.

3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/24/2011.

4)    The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)    The case was converted on 11/02/2011.

6)    Number of months from filing to the last payment:  27

7)    Number of months case was pending:  28

8)    Total value of assets abandoned by court order:  NA

9)    Total value of assets exempted: $    63,293.00

10)   Amount of unsecured claims discharged without payment $       .00

11)   All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

====================================================================

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 10,374.92 |
| Less amount refunded to debtor | $ | 243.08 |
| **NET RECEIPTS** | $ | 10,131.84 |

====================================================================

====================================================================

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,421.00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 594.01 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,015.01 |
| Attorney fees paid and disclosed by debtor | $ | 1,079.00 |

====================================================================

====================================================================

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER U | SECURED | 10,105.00 | 20,849.83 | 10,105.00 | 6,389.29 | 456.67 |
| SANTANDER CONSUMER U | UNSECURED | 10,005.00 | .00 | 10,744.83 | 111.62 | .00 |
| SILVERLAKE RESORTS I | SECURED | .00 | .00 | .00 | .00 | .00 |
| SILVERLAKE RESORTS I | SECURED | 4,655.08 | .00 | .00 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC CARD SERVICES L | UNSECURED | 1,317.00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,135.00 | 1,223.40 | 1,223.40 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FSM GROUP INC | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| PREFERRED CASH | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHICAGO MUNICIPAL EM | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT RECOVERY INC | UNSECURED | 98.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| TOTAL GYM | UNSECURED | 1,298.70 | NA | NA | .00 | .00 |
| FIGIS INC | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | 685.00 | NA | NA | .00 | .00 |

====================================================================

**UST Form 101-13-FR-S(9/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HONOR FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| SILVER LAKE RESORT O | UNSECURED | .00 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 190.00 | NA | NA | .00 | .00 |
| TRIAD FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 300.00 | 309.50 | 309.50 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 13,314.50 | 15,329.60 | 15,329.60 | 159.25 | .00 |
| MICHAEL REESE HOSPIT | UNSECURED | 173.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 18,197.00 | 30,557.65 | .00 | .00 | .00 |
| WEST ASSET MANAGEMEN | UNSECURED | .00 | NA | NA | .00 | .00 |
| JOEL S POLK | OTHER | .00 | NA | NA | .00 | .00 |
| JOEL S POLK | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | .00 | 1,074.53 | 1,074.53 | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | .00 | 491.85 | 491.85 | .00 | .00 |
| MUSIC EDUCATION SERV | UNSECURED | 380.00 | NA | NA | .00 | .00 |
| LIFETIME FITNESS | UNSECURED | 180.00 | NA | NA | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | 691.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 209.00 | NA | NA | .00 | .00 |
| PEOPLE MAGAZINE | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| UNIVERSAL FIDELITY L | UNSECURED | 60.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 10,105.00 | 6,389.29 | 456.67 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 10,105.00 | 6,389.29 | 456.67 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 29,173.71 | 270.87 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 3,015.01 |
| Disbursements to Creditors | $ | 7,116.83 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 10,131.84 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    12/12/2011          /s/ Tom Vaughn_____

                                    Tom Vaughn, Chapter 13 Trustee


**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**